DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 JUNE 2014

| 107P14 | State v. Thomas Keith Sutton | 1. Def's Motion for Temporary Stay (COA13-841) | 1. Allowed **03/31/2014** Dissolved **06/11/2014** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based Upon a Constitutional Question | 3. --- |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 108P06-2 | State v. Hezzie Locklear, Jr. | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Robeson County | Dismissed |
| 110P14 | State v. Kermit Bernard Wooten | Def's *Pro Se* Motion for PDR (COA11-385) | Denied |
| 111P14 | Judy Knox v. University of North Carolina at Charlotte | 1. Petitioner's *Pro Se* Motion for Notice of Appeal (COA14-229) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Petitioner's *Pro Se* Motion for PDR | 2. Denied |
| 112P14 | State v. Douglas Durant Lipford | Def's PDR Under N.C.G.S. § 7A-31 (COA13-708) | Denied |
| 114P14 | State v. Michael Rashawn Crowder | 1. State's Motion for Temporary Stay (COA13-824) | 1. Allowed **04/07/2014** Dissolved **06/11/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 116P14 | Lorie Ann Patterson v. University Ford, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-585) | Denied |
| 118P14 | Larry Barrow, Louis Brown, and Doris Murphrey v. D.A.N. Joint Venture Properties of North Carolina, LLC, Connie Murphrey, and Donald Stocks | Plts' PDR Under N.C.G.S. § 7A-31 (COA13-975) | Denied |